UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD A. WARD, JR., <br>     Petitioner, <br>   v. <br> MATTHEW CATE, Secretary, <br>     Respondent. | NO. CV 11-6638-SJO (AGR) <br><br> JUDGMENT |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: March 25, 2014

                                                         S. JAMES OTERO <br>
                                                       United States District Judge